UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN MEYERS and BILLIE JEAN MEYERS,**

      **Plaintiffs,**

v.                                           **Case No:  6:13-cv-1555-Orl-41TBS**

**UNITED STATES OF AMERICA,**

      **Defendant.**
_____/

# ORDER

The Court has been advised by the mediator that the above-styled action has been completely settled (Doc. 18).  Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party within sixty (60) days from the date of this Order, to re-open the action upon good cause shown, to submit a joint stipulation of dismissal with prejudice, or to submit a stipulated form of final judgment.  All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on July 22, 2014.



Page **1** of **2**

Copies furnished to:

Counsel of Record
Unrepresented Parties