UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN MEYERS and BILLIE JEAN
MEYERS, as parents and natural
guardians of JWM, a minor,

CASE NO.: 6:13-cv-1555-Orl-28-TBS

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.
_____/

**PETITION FOR APPROVAL OF MINOR'S SETTLEMENT;
TO AUTHORIZE AND DIRECT PAYMENT OF SETTLEMENT FUNDS,
ATTORNEY'S FEES AND LITIGATION COSTS; AND TO
AUTHORIZE EXECUTION OF SETTLEMENT AGREEMENTS**

      Plaintiffs, JOHN MEYERS and BILLIE JEAN MEYERS, as parents and natural guardians of JWM, a minor, by and through undersigned counsel, hereby file this Petition for Approval of Minor's Settlement and authorizing execution of the settlement and disbursement of the funds. In support of their motion, Plaintiffs state as follows:

      1.      In this cause of action, the Plaintiffs alleged that on or about April 27, 2012, JWM, a minor, date of birth January 6, 2001, who resides with both his father and mother, John Meyers and Billie Jean Meyers at 2992 Emeldi Lane, Melbourne, Florida 32940, suffered permanent and serious bodily injuries when a PVC rocket launcher exploded and injured him at Quest Elementary in Melbourne, Florida, after participating in the "HIGH POWER PAPER ROCKET LAUNCHER" activity sponsored by NASA. He has been left with a significant scar to his right cheek with future plastic surgery scheduled in December of 2014. He also suffered psychological injury that has been

treated with positive results.

2.   A lawsuit was filed in the United States District Court for the Middle District of Florida against the United States of America on behalf of NASA, pursuant to Federal Tort Claims Act, 28 USC § 1346(b) and 2671, et seq.. At Mediation on July 1, 2014, the parties reached an agreement requiring Defendant to pay $175,000.00 in full and final settlement of all claims arising out of the subject incident, pending Court approval.

3.   Plaintiffs previously settled their claim for the same incident with The Brevard County School Board, on behalf of the minor, for $150,000.00. The settlement with the school board was previously approved by the Probate Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, in accordance with Florida Statutes, on November 12, 2013. The proceeds from the first settlement were deposited into a Wells Fargo restricted account. Attached as Exhibit "A" is the Order approving settlement by the Probate Court and the corresponding closing statement detailing disbursements made at that time.

4.   Attached hereto as Exhibit "B" is the proposed Settlement Agreement and Release in the case brought by Plaintiffs against the United States of America through NASA.

5.   Attached hereto as Exhibit "C" is the proposed closing statement detailing disbursements pending approval of the settlement.

6.   The attorney's fee agreement between Plaintiffs and their attorneys is consistent with the requirements established by the Florida Supreme Court and provides for a legal fee of 25% in conformance with Title 28, United States Code, Section 2678. The contingent fee contract further provides that the clients will be responsible for the payment of all litigation costs relating to the lawsuit. A medical lien from Blue Cross Blue Shield of Illinois in the amount of $21,552.00 will

be paid (negotiated from $32,331.83), as well as an outstanding medical bill from Medical Center Radiology in the amount of $25.40.

7. Based upon opinion of counsel and agreement of the Plaintiffs, it would be in the best interest of the minor child to settle the above-described claim for the sum of $175,000.00 for a total of $325,000.00 from both Defendants. On its face, the settlement is fair and reasonable as are the proposed attorney fees and costs under all the prevailing circumstances while avoiding the risks of a trial. Furthermore, the distribution of the settlement funds protects the minor's present and future needs as it is the intention of the Plaintiffs to petition the Probate Court to deposit and combine all settlement funds in the Wells Fargo restricted account that was previously established following the initial settlement and which will be subject to an annual accounting pursuant to Florida law.

WHEREFORE, Plaintiffs, JOHN MEYERS and BILLIE JEAN MEYERS, as parents and natural guardians of JWM, a minor, respectfully request that this Court enter an order authorizing settlement of the above-described personal injury claim against the United States of America for the total sum of One Hundred Seventy-Five Thousand Dollars and 0/100 Dollars ($175,000.00) and further authorizing Plaintiffs to execute all necessary instruments to complete the settlement on behalf of JWM, the minor, and to receive and distribute the proceeds of the settlement in the amount detailed on the attached Closing Statement into the previously established Wells Fargo restricted account (pending Probate Court approval), including payment of the Blue Cross Blue Shield of Illinois health care lien and an outstanding medical bill from Medical Center Radiology.

Executed this 21st day of August, 2014.

STATE OF FLORIDA      )
                     )ss:
COUNTY OF BREVARD    )

BEFORE ME, the undersigned authority personally appeared JOHN MEYERS who being

first duly sworn by me, deposes and says that the foregoing Petition is true and correct.

_____
JOHN MEYERS, as parent and natural guardian
of Jerome Meyers, minor

Sworn to and subscribed before me this ___21___ day of ___aug___, 2014.



_____
NOTARY PUBLIC, State of Florida
My commission expires:

STATE OF FLORIDA.    )
                     )ss:
COUNTY OF BREVARD    )

BEFORE ME, the undersigned authority personally appeared JOHN MEYERS who being first duly sworn by me, deposes and says that the foregoing Petition is true and correct.

_____
BILLIE JEAN MEYERS, as parent and
natural guardian of Jerome Meyers, minor

Sworn to and subscribed before me this ___21___ day of ___aug___, 2014.

_____
NOTARY PUBLIC, State of Florida
My commission expires:

STACEY L. TOMASKO
Notary Public - State of Florida
My Comm. Expires Mar 14, 2017
Commission # EE 855433
Bonded Through National Notary Assn.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email on this 25TH day of August, 2014, to: scott.park@usdoj.gov; orldocket.mailbox@usdoj.gov; usaflm.orl_ecf@usdoj.gov.

                                                      HIGH STACK GORDON KIRBY

                                                     MICHAEL R. KIRBY
                                                     Florida Bar No.: 0958123
                                                     525 E. Strawbridge Avenue
                                                     Melbourne, FL 32901-4705
                                                     Telephone: (321) 725-5525
                                                     Facsimile: (321) 984-2411
                                                     Email: mkirby@highstacklaw.com
                                                     Attorneys for Petitioner