IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT IN AND
FOR BREVARD COUNTY, FLORIDA

JOHN MEYERS and BILLIE JEAN MEYERS,   PROBATE DIVISION
as parents and natural guardians of JEROME
MEYERS, a minor,

CASE NO.: 13 GA 037202
XXXX-XX

Petitioners.

_____/

**ORDER GRANTING APPROVAL OF MINOR'S SETTLEMENT AND
SIGNING OF RELEASES ON BEHALF OF JEROME MEYERS, MINOR**

THIS CAUSE came before this Court to be heard on **Petition for Approval of Minor's Settlement and Signing of Releases on Behalf of Jerome Meyers, minor**, and the Court having been advised of the proposal and the details of the claim and settlement, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED:**

1. The settlement in the amount of $150,000.00 is hereby approved.

2. The parties are hereby authorized to execute all settlement documents.

3. The disbursement in accordance with the Settlement and Cost Statement for attorney's fees of $37,500.00; costs of $9,067.67; $5,460.00 for outstanding medical bills; $31,834.87 for health insurance lien (negotiations pending); and, proceeds to the ward, Jerome Meyers, in the amount of approximately $66,137.46, are hereby approved.

DONE AND ORDERED in Chambers at Viera, Brevard County, Florida, this 12 day of November, 2013.

_____
John M. Harris
Circuit Judge

cc: Michael R. Kirby, Esquire
    Michael H. Bowling, Esquire
    Gina M. Schlegel, Esquire

Case # 05-2013-GA-037202-XXXX-XX
Document Page # 14

*22169033*

EXHIBIT "A"



# High Stack Gordon Kirby
ATTORNEYS AT LAW

| | | |
|---|---|---|
| ROBERT KING HIGH (1967)<br>CHARLES R. STACK, Ret.<br>DAVID S. GORDON, PA<br>MICHAEL R. KIRBY, PA<br>NATHAN A. ROMANIC<br>MICHAEL R. LENTINI | 525 E. STRAWBRIDGE AVENUE<br>MELBOURNE, FL 32901<br><br>TELEPHONE 321-725-7575<br>FAX 321-984-2411<br><br>HIGHSTACKLAW.COM | LEGAL ASSISTANTS<br>STACEY TOMASKO, CP, FRP<br>MAURA WARNER<br>CHRISTINE A. TAYLOR<br>BRANDI L. GAFFNEY<br><br>OFFICE MANAGER<br>MARIE O. APSEY |

December 20, 2013

Mr. John Meyers
Mrs. Billie Jean Meyers
2992 Emeldi Lane
Melbourne, FL 32940


J.M.

B.J.M.

RE: *Meyers, John and Meyers, Billie Jean, as parents and natural guardians of MEYERS, Jerome William, a minor v. Brevard County School Board*
Incident of April 27, 2012

## SETTLEMENT AND COST STATEMENT

| | | |
|---|---|---|
| Total Settlement Received from Brevard County School Board and Sedgwick Claim Management Services | | $150,000.00 |
| **Less Attorney's Fees (25%):**<br><br>High Stack Gordon Kirby<br>$36,000.00<br><br>Gina Schlegel, Esq. (Guardian Ad Litem)<br>$ 1,500.00 | (-$37,500.00) | |
| Net after Fees: | | $112,500.00 |



FOUNDED 1962

| | | |
|---|---|---|
| **Less Client Costs Advanced:** | | |
| High Stack Gordon Kirby (see attached ledger) | $8,817.67 | |
| Administrative Costs (postage, copies, long distance telephone calls, fax, etc.) | $250.00 | |
| Total Costs Advanced: | (-$9,067.67) | |
| Net after Costs: | | $103,432.33 |
| **Less Outstanding Liens to be Paid:** | *Original Amnt.* | *Amount Held or Paid* |
| Blue Cross Blue Shield of Illinois | $31,834.87 | ($31,834.87)* *HOLD until settlement w/NASA |
| **Less: Outstanding Protected/Unprotected Medical Bills:** | | |
| Michael Hughes, M.D./Hughes Family Psychiatry Center, P.A. | $5,460.00 | ($5,460.00)* *PAID |
| Less: Total Medical Expenses/Liens Paid or Held: | $37,294.87 | ($37,294.87) |
| **Net to Client(s):** | | $66,137.46 |

    We, JOHN MEYERS and BILLIE JEAN MEYERS, as parents and natural guardians of JEROME WILLIAM MEYERS, hereby approve the settlement and disbursement outlined above. The costs, medical bills and liens set forth in this statement, if any, are the only ones known to us and we hereby authorize the law firm of HIGH STACK GORDON KIRBY, to make payments of those amounts. We also agree that we will be responsible for any outstanding medical bills and/or liens not herein above satisfied, including but not limited to, Social Security benefits, Medicare benefits, Champus benefits, Champ-VA benefits, health insurance benefits, group, blanket and franchise health insurance benefits, Medicare supplement insurance benefits, health maintenance organization (HMO) benefits, disability insurance benefits, doctors' bills, hospital bills, medical facility bills, health care provider, diagnostic facility, therapeutic and/or rehabilitation facility,

Medicare and Medicaid; and, we agree to hereby indemnify and hold harmless the law firm of HIGH STACK GORDON KIRBY for any such bills, liens or debts which may be determined to be owed by us.

DATED this 30th day of December, 2013.

_____
JOHN MEYERS, as parent and natural
guardian of JEROME W. MEYERS, minor


_____
BILLIE J. MEYERS, as parent and natural
guardian of JEROME W. MEYERS, minor

**HIGH STACK GORDON KIRBY**

_____
MICHAEL R. KIRBY
Florida Bar No.: 0958123
525 E. Strawbridge Avenue
Melbourne, FL 32901-4705
Telephone:  (321) 725-7575
Facsimile:  (321) 984-2411