

# GORDON KIRBY
### ATTORNEYS AT LAW

ROBERT KING HIGH (1967)

CHARLES R. STACK, Ret.

DAVID S. GORDON, PA
MICHAEL R. KIRBY, PA
NATHAN A. ROMANIC
MICHAEL R. LENTINI

525 E. STRAWBRIDGE AVENUE
MELBOURNE, FL 32901

321-725-7575
FAX 321-984-2411

HIGHSTACKLAW.COM

LEGAL ASSISTANTS
STACEY TOMASKO, CP, FRP
MAURA WARNER, FRP
CHRISTINE A. TAYLOR
BRANDI L. GAFFNEY
SALLYANN KNOX, CP, FRP

OFFICE MANAGER
MARIE O. APSEY

August 19, 2014

Mr. John Meyers
Mrs. Billie Jean Meyers
2992 Emeldi Lane
Melbourne, FL 32940

Client Initials: _____
Client Initials: _____

RE: *Meyers, John and Meyers, Billie Jean, as parents and natural guardians of MEYERS, Jerome William, a minor v. United States of America*
Incident of April 27, 2012

## PROPOSED SETTLEMENT AND COST STATEMENT

| | | |
|---|---|---|
| Total Settlement Received from NASA | | $175,000.00 |
| **Less Attorney's Fees (25%):** | ($43,750.00) | |
| Net after Fees: | | $131,250.00 |
| Funds Currently Held In Trust: | | $31,834.87 |
| SUB-TOTAL: | | $163,084.87 |
| **Less Client Costs Advanced**: | | |
| High Stack Gordon Kirby (see attached ledger) | ($2,795.27) | |
| Misc. Administration Costs (postage, copies, long distance telephone calls, fax, etc.) | 0.00* *Included in initial settlement | |
| Total Costs Advanced: | ($2,795.27) | |
| Net after Fees and Costs: | | $160,289.60 |



Founded 1962
ONE OF FLORIDA'S OLDEST PERSONAL INJURY LAW FIRMS



EXHIBIT "C"

| Less Outstanding Liens to be Paid: | Original Amount | Reduced Amount |
|---|---|---|
| Blue Cross Blue Shield of Illinois | $32,546.38 | ($21,552.00) |
| **Less: Outstanding Protected/Unprotected Medical Bills:** | | |
| Medical Center Radiology | $25.40 | $25.40 |
| Less: Total Medical Expenses/Liens Paid or Held: **TOTAL SAVINGS TO CLIENT: $10,994.38** | $32,571.78 | ($21,577.40) |
| **Net to Client(s):** | | $138,712.20 |

We, JOHN MEYERS and BILLIE JEAN MEYERS, as parents and natural guardians of JEROME WILLIAM MEYERS, hereby approve the settlement and disbursement outlined above. The costs, medical bills and liens set forth in this statement, if any, are the only ones known to us and we hereby authorize the law firm of HIGH STACK GORDON KIRBY, to make payments of those amounts. We also agree that we will be responsible for any outstanding medical bills and/or liens not herein above satisfied, including but not limited to, Social Security benefits, Medicare benefits, Champus benefits, Champ-VA benefits, health insurance benefits, group, blanket and franchise health insurance benefits, Medicare supplement insurance benefits, health maintenance organization (HMO) benefits, disability insurance benefits, doctors' bills, hospital bills, medical facility bills, health care provider, diagnostic facility, therapeutic and/or rehabilitation facility, Medicare and Medicaid; and, we agree to hereby indemnify and hold harmless the law firm of HIGH STACK GORDON KIRBY for any such bills, liens or debts which may be determined to be owed by us.

DATED this _____ day of _____, 2014.

**HIGH STACK GORDON KIRBY**

_____
JOHN MEYERS, as parent and natural
guardian of JEROME W. MEYERS, minor

_____
BILLIE J. MEYERS, as parent and natural
guardian of JEROME W. MEYERS, minor

_____
MICHAEL R. KIRBY
Florida Bar No.: 0958123
525 E. Strawbridge Avenue
Melbourne, FL 32901-4705
Telephone:   (321) 725-7575
Facsimile:   (321) 984-2411

O (check here) This shall confirm that I have secured all films, medical reports, documents, photographs and personal materials from my file.
Initials here: _____   _____