UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN MEYERS and BILLIE JEAN MEYERS,**

       **Plaintiffs,**

v.                                     **Case No: 6:13-cv-1555-Orl-41TBS**

**UNITED STATES OF AMERICA,**

       **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Petition for Approval of Minor's Settlement; To Authorize and Direct Payment of Settlement Funds, Attorney's Fees and Litigation Costs; and To Authorize Execution of Settlement Agreements.[1] (Doc. 21). The United States Magistrate Judge has submitted a report recommending that the Motion be granted. (Doc. 22).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Petition for Approval of Minor's Settlement (Doc. 21) is **GRANTED**, and the Settlement Agreement and Release (Doc. 21-2) is **APPROVED**.

---

[1] On July 22, 2014, this Court entered an Order dismissing this case without prejudice subject to the right of any party within sixty days to re-open the action upon good cause. (Doc. 20). Therefore, Plaintiffs' Motion will additionally be construed as a Motion to Re-Open.

3. Upon the approval of the Probate Court, High Stack Gordon Kirby shall distribute the proceeds of the Settlement Agreement to the Wells Fargo restricted account containing the settlement proceeds of JWM's settlement with the Brevard County School Board.

4. Plaintiffs shall execute all necessary instruments to complete the settlement on JWM's behalf and shall distribute the proceeds in accordance with the Proposed Settlement and Cost Statement (Doc. 21-3).

5. This case is **DISMISSED with prejudice**. The Clerk shall close this case.

DONE and ORDERED in Orlando, Florida on September 29, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record